1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05-00490 CW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER FOR CONTINUANCE |
| v. | ) ) | |
| | ) ) | |
| KEITH KREIDER, | ) ) | |
| Defendant. | ) | |

- 1 -

1  IT IS HEREBY STIPULATED, by and between the parties to this action, that the
2  defendant's initial appearance before this Court on a Form 12, scheduled for August 15, 2005 at
3  2:00 p.m. before the Honorable Claudia Wilken, be continued to August 22, 2005 at 2:00 p.m.
4  The parties are in the process of negotiating a proposed disposition to present to the Court,
5  and it would assist them to have an additional week in which to do so.  As this is a supervised
6  release violation, there is no need for an exclusion of time.
7  IT IS SO STIPULATED.
8  DATED:  August 9, 2005                                  /S/
9                                                         _____
                                                          KIRSTIN AULT
10                                                        Assistant United States Attorney
11
   DATED: August 9, 2005                                  /S/
12                                                        _____
                                                          SHAWN HALBERT
13                                                        Assistant Federal Public Defender
14
15  I hereby attest that I have on file all holographic signatures indicated by a "conformed"
16  signature (/S/) within this efiled document.
17
18
19
20
21
22
23
24
25
26

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS:

The defendant's initial appearance before this Court on a Form 12, scheduled for August 15, 2005 at 2:00 p.m., is hereby continued to August 22, 2005 at 2:00 p.m.

IT IS SO ORDERED.

DATED: 8/15/05

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE